THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PATRICK McDONALD, Appellant.

(Argued January 31, 1888; decided February 28, 1888.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made May 19, 1887, which affirmed an order of Special Term denying a motion to dismiss the complaint herein.

*Charles S. Lester* for appellant.

*C. M. Parke* for respondent.

Agree to reverse orders of General and Special Terms, and to grant motion on dissenting opinion of LEARNED, J., below.
All concur.
Ordered accordingly.